# UNITED STATES DISTRICT COURT

__Eastern__ District of __California__

United States

Plaintiff(s),

V.

Joel Juarez

Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: __1:19-cr-00177 - SKO__

Notice is hereby given that, subject to approval by the court, __Joel Juarez__ substitutes
(Party (s) Name)

__Ryan Alan Roth__, State Bar No. __291844__ as counsel of record in
(Name of New Attorney)

place of __Virna Santos__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Roth Legal, Professional Law Corporation
Address: 418 14th St, Modesto CA 95354
Telephone: 209-222-4447    Facsimile 209-222-4447
E-Mail (Optional): rroth@roth-legal.com

I consent to the above substitution.

Date: 07-01-2020

_(signature)_
(Name)

(Signature of Party (s))

I consent to being substituted.

Date: 6/25/20

Virna L. Santos

_(signature)_
(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 6/24/2020

_(signature)_
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: July 20, 2020

_Sheila K. Oberto_
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]