PHILLIP A. TALBERT
Acting United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00177-NONE-SKO |
|---|---|
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE COMPETENCY EVALUATION AND TO EXCLUDE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| (1) JOEL JUAREZ, | |
| Defendant. | DATE: November 12, 2021<br>TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |

This case was set for a competency hearing on November 12, 2021. The hearing was vacated. The parties are requesting the Court continue the November 12, 2021 competency hearing to January 28, 2022, and exclude time under the Speedy Trial Act.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. Defendant moves the Court to continue the November 12, 2021 competency hearing to January 28, 2022, and to exclude time between November 12, 2021, and January 28, 2022, under Local Code T4, and under 18 U.S.C. § 3161(h)(1)(A). Defense counsel needs additional time to meet with Defendant, discuss the evaluation report, and prepare for the hearing.

2. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case is

voluminous and includes hours of recordings from controlled purchases, tens of investigative reports, hundreds of pictures, and other evidence. This case was a lengthy narcotics investigation that lasted nearly a year. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying. The Defendant has also recently requested supplemental discovery which the government is gathering for the Defendant.

      b)     Counsel for defendant desires additional time to consult with his/her client, review the charges, conduct investigation and research, review discovery and discuss potential resolution of the case. Counsel for defendant also needs additional time to review the BOP competency evaluation.

      c)     Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)     The government does not object to the continuance.

      e)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 12, 2021 to January 28, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

      g)     The parties further stipulate and agree that such time is properly excluded under 18 U.S.C. § 3161(h)(1)(A) ("delay resulting from any proceeding, including any examinations, to determine the mental competency or physical capacity of the Defendant").

3.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

IT IS SO STIPULATED.

Dated: November 15, 2021

PHILLIP A. TALBERT
Acting United States Attorney

/s/ JEFFREY A. SPIVAK
JEFFREY A. SPIVAK
Assistant United States Attorney

Dated: November 15, 2021

/s/ Ryan Roth
Ryan Roth
Counsel for Defendant
Joel Juarez

**FINDINGS AND ORDER**

IT IS SO ORDERED.

Dated: __**November 15, 2021**__

UNITED STATES DISTRICT JUDGE