PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                       Plaintiff,<br><br>          v.<br><br>(1) JOEL JUAREZ,<br><br>                       Defendant. | CASE NO. 1:19-CR-00177-JLT-SKO<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; AND ORDER<br><br>DATE: November 16, 2022<br>TIME: 1:00 p.m.<br>COURT: Hon. Sheila K. Oberto |

This case is set for status conference on November 16, 2022.

As set forth below, the parties now request, by stipulation, that the Court vacate the November 16, 2022 status conference, set the matter for a jury trial on August 15, 2023 at 8:30 am before the Honorable Ana De Alba, a trial confirmation hearing on/about July 31, 2023 at 8:30 am, and to exclude the time period between November 16, 2022 and August 14, 2023 under the Speedy Trial Act.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.     By previous order, this matter was set for status on November 16, 2022.

2.     In May 2022, the government produced supplemental discovery to defense counsel, which was requested by defendant. The supplemental discovery includes several hours of audio/video evidence that defense counsel needs additional time to review.

3. By this stipulation, defendant now moves to vacate the status conference, set a jury trial for August 14, 2023, a trial confirmation hearing for on/about July 31, 2023, and to exclude time between November 16, 2022, and August 14, 2023, under Local Code T4.

4. The parties agree and stipulate, and request that the Court find the following:

a) The government has represented that the discovery associated with this case is voluminous and includes hours of recordings from controlled purchases, tens of investigative reports, hundreds of pictures, and other evidence. This case was a lengthy narcotics investigation that lasted nearly a year. This case was also slowed due to a competency evaluation for Defendant and other COVID-19 delays. Defendant requested and the government recently produced additional video evidence for the Defendant, which defense counsel needs additional time to review.

b) Counsel for defendant desires additional time to consult with his client, review the charges, conduct investigation and research, review discovery and discuss potential resolution of the case.

c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 16, 2022 to August 14, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  November 14, 2022

PHILLIP A. TALBERT
United States Attorney

/s/ JEFFREY A. SPIVAK
JEFFREY A. SPIVAK
Assistant United States Attorney

Dated:  November 14, 2022

/s/ Ryan Roth
Ryan Roth
Counsel for Defendant
Joel Juarez

## ORDER

IT IS SO ORDERED that the status conference set for November 16, 2022, is vacated. A jury trial is set for **August 14, 2023, at 8:30 a.m. before District Judge Jennifer L. Thurston**. Time is excluded through trial pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **November 15, 2022**        /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE