PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>(1) JOEL JUAREZ,<br><br>Defendant. | CASE NO. 1:19-CR-00177-JLT-SKO<br><br>STIPULATION TO VACATE TRIAL DATE AND SET CHANGE OF PLEA HEARING; FINDINGS AND ORDER<br><br>DATE: August 15, 2023<br>TIME: 1:00 p.m.<br>COURT: Hon. Jennifer L. Thurston |

This case is set for jury trial on August 15, 2023. The case has resolved and the parties filed a plea agreement on May 5, 2023 (ECF # 153). The parties now request, by stipulation, that the Court vacate the August 15, 2023, set a change of plea hearing for June 26, 2023 at 10:00 am, and exclude the time period between the date of the signing of this order through and including June 26, 2023 under the Speedy Trial Act.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for jury trial on August 15, 2023.

2. The parties have reached a resolution and have filed a plea agreement (ECF #153).

3. By this stipulation, defendant now moves to vacate the trial date, set change of plea hearing for June 26, 2023 at 10:00 am, and to exclude time through and including June 26, 2023 under

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

Local Code T4.

4. The parties agree and stipulate, and request that the Court find the following:

 a) The government has represented that the discovery associated with this case is voluminous and includes hours of recordings from controlled purchases, tens of investigative reports, hundreds of pictures, and other evidence.  This case was a lengthy narcotics investigation that lasted nearly a year.

 b) Counsel for defendant desires additional time to consult with his client, review the charges, conduct investigation and research, review discovery and prepare for the change of plea hearing.

 c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

 d) The government does not object to the continuance.

 e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

 f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from the date of this order through and including June 26, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  May 5, 2023                                PHILLIP A. TALBERT
                                                   United States Attorney


                                                   /s/ JEFFREY A. SPIVAK
                                                   JEFFREY A. SPIVAK
                                                   Assistant United States Attorney


Dated:  May 5, 2023                                /s/ Ryan Roth
                                                   Ryan Roth
                                                   Counsel for Defendant
                                                   Joel Juarez


# FINDINGS AND ORDER

IT IS SO FOUND.

IT IS SO ORDERED.

Dated:   **May 5, 2023**                           _____
                                                   UNITED STATES DISTRICT JUDGE