PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00177-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING AND TO RESET PRESENTENCE INVESTIGATION REPORT SCHEDULE; FINDINGS AND ORDER |
| v. | |
| (1) JOEL JUAREZ, | DATE: October 10, 2023 |
| Defendant. | TIME: 10:00 a.m. |
| | COURT: Hon. Jennifer L. Thurston |

This case is set for sentencing hearing on October 10, 2023. The parties seek additional time to file objections to the Presentence Report and to Continue Sentencing to December 18, 2023. Probation has no objection to the request.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing hearing on October 10, 2023.

2. Informal objections to the draft Presentence Investigation Report (draft PSR) were due September 12, 2023. Neither party timely filed informal objections to the draft PSR. The Final PSR was submitted on September 20, 2023.

3. While preparing for the sentencing hearing, the parties noted a significant issue with the drug quantity calculation in the case. This issue will have a material impact on the Defendant's

Guidelines, and, thus, despite counsel's failures to comply with the scheduling order issued by the Court, the parties believe there is good cause for the request.  Probation does not object to the request.

4. By this stipulation, the parties request the following Schedule:

| | |
|---|---|
| Judgment and Sentencing Date | December 18, 2023 |
| Reply or Statement of Non-Opposition | December 11, 2023 |
| Formal Objections to the Presentence Report | December 4, 2023 |
| The final Presentence Report shall be filed with the Court | November 27, 2023 |
| Counsel's informal written objections deadline | October 27, 2023 |

IT IS SO STIPULATED.

Dated:  October 3, 2023    PHILLIP A. TALBERT
United States Attorney

/s/ JEFFREY A. SPIVAK
JEFFREY A. SPIVAK
Assistant United States Attorney

Dated:  October 3, 2023    /s/ Ryan Roth
Ryan Roth
Counsel for Defendant
Joel Juarez

**FINDINGS AND ORDER**

IT IS SO FOUND
IT IS SO ORDERED.

Dated:  **October 4, 2023**    _____
UNITED STATES DISTRICT JUDGE