PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00177-JLT-SKO |
|---|---|
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| JOEL JUAREZ, | |
| Defendant. | |

On June 29, 2023, the Court entered a Preliminary Order of Forfeiture, forfeiting to the United States all right, title, and interest of defendant Joel Juarez in the following property:

    a.  Approximately $19,376.00 in U.S. Currency.

Beginning on July 7, 2023, for at least thirty (30) consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

The United States sent direct written notice by certified mail to the following individuals known to have an alleged interest in the property:

    a.  Delfina Leon Felix: On July 7, 2023, a notice letter was sent via certified mail to Delfina Leon Felix through her attorney of record Mark W. Coleman, 2344 Tulare Street, Suite 200, Fresno, CA 93721. The PS Form 3811 (certified mail "green card"

showing delivery of mail) was signed by Coleman on July 10, 2023.

    b. Charley Leon Machado: On July 7, 2023, a notice letter was sent via certified mail to Charley Leon Machado through his attorney Dale A. Blickenstaff, 7081 N. Marks Avenue, Suite 104, Fresno, CA 93711. The envelope was returned to the U.S. Attorney's Office as "unclaimed, unable to forward."

    c. Freddi Lopez Leon: On July 7, 2023, a notice letter was sent via certified mail to Freddi Lopez Leon, 105 Daisy Lane, Modesto, CA 95351-1750. The PS Form 3811 (certified mail "green card" showing delivery of mail) was signed on July 10, 2023.

    d. Alexander Lopez Farias: On July 7, 2023, a notice letter was sent via certified mail to Alexander Lopez Farias, 105 Daisy Lane, Modesto, CA 95351-1750. The PS Form 3811 (certified mail "green card" showing delivery of mail) was signed on July 10, 2023.

The Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the below-listed property pursuant to 21 U.S.C. § 853(a), to be disposed of according to law, including all right, title, and interest of Joel Juarez, Delfina Leon Felix, Charley Leon Machado, Freddi Lopez Leon, and Alexander Lopez Farias:

    a. Approximately $19,376.00 in U.S. Currency, plus any accrued interest.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:   **May 29, 2024**

/s/ Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE

FINAL ORDER OF FORFEITURE     2